# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WILLIAM EARL WHITLOCK

vs.                               NO. 3:10CV00316 SWW

STATE FARM FIRE & CASUALTY COMPANY

### ORDER

The Court having notified counsel in the above-styled case that the trial previously scheduled November 7, 2011 would be continued, the case hereby is rescheduled for trial to a jury to commence the week beginning ***TUESDAY, OCTOBER 9, 2012, at 9:30 A.M.*** in Jonesboro, Arkansas.  Counsel should be present 30 minutes prior to that time.

As this matter was continued immediately prior to the trial date, all deadlines for discovery and motions have expired.  All other deadlines remain consistent with the new trial setting: Motions in limine are due within fourteen (14) days of trial but no later than Friday before trial by 3:00 p.m.; Pretrial Disclosure Sheets are due by September 10, 2012; and agreed jury instructions are due no later than 14 days prior to trial.

IT IS SO ORDERED this 12th day of October 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE