*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | | |
|---|---|---|
| WILLIAM EARL WHITLOCK | | PLAINTIFF |
| v. | No.  3:10CV00316   SWW | |
| STATE FARM FIRE & CASUALTY CO. | | DEFENDANT |

## ORDER

The trial in this matter will commence at **9:30 a.m.** on the previously scheduled date of May 6, 2013 in Jonesboro, Arkansas.  Counsel should be present at 9:00 a.m. for pretrial matters.

IT IS SO ORDERED  this 11th day of April 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE