IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM EARL WHITLOCK                                         PLAINTIFF

vs.                              3:10CV00316 SWW

STATE FARM FIRE & CASUALTY COMPANY                            DEFENDANT

## JUDGMENT ON JURY VERDICT

This action came on for trial May 6, 2013, before the Court and a jury, the Honorable Susan Webber Wright, United States District Judge, presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on May 8, 2013, in favor of the plaintiff.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that William Earl Whitlock, have and recover of and from defendant State Farm Fire & Casualty Company the sum of $68,375.00, together with interest from this date until paid at the rate of .11% per annum as provided by law. Defendant's claims against the Whitlocks are dismissed.

DATED this 13th day of May 2013.

/s/Susan Webber Wright

United States District Judge